[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16075
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00090-MMH-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROLANDO BLAS DE LA ROSA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 19, 2013)

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Rolando Blas de la Rosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and De la Rosa's conviction and sentence are **AFFIRMED**.